IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAY BOYER, JR.,** | : | **CIVIL NO. 1:CV-08-1079** |
| Petitioner | : | (Judge Rambo) |
| v. | : | (Magistrate Judge Carlson) |
| **RANDALL BRITTON,** | : | |
| Respondent | : | |

# M E M O R A N D U M

Before the court is a report and recommendation of Magistrate Judge Carlson, to whom this matter was referred, in which he recommends that the petition for writ of habeas corpus filed by Petitioner Jay Boyer, Jr. be granted and that this matter be remanded to the Court of Common Pleas for the County of Northumberland, Pennsylvania. Respondent has objections[1] to the report and recommendation to which Petitioner has responded. The matter is ripe for disposition.

This court has reviewed the record before it and the law applicable thereto finds that Respondent has not sufficiently challenged the magistrate judge's finding that Petitioner should be entitled to limited post-conviction relief based on ineffectiveness of counsel and that further assessment be given to Petitioner's *Miranda* claim. Thus, the report and recommendation will be adopted.

An appropriate order will be issued.

                                           s/Sylvia H. Rambo
                                           SYLVIA H. RAMBO
                                           United States District Judge

Dated: June 11, 2014.

---

[1] As Petitioner points out in his responsive brief to Respondent's objections, Respondent filed a brief in support of objections but failed to file specific, written objections, as required by Middle District Local Rule 72(b)(2).