IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAY BOYER, JR.,** | : | **CIVIL NO. 1:CV-08-1079** |
| **Petitioner** | : | **(Judge Rambo)** |
| **v.** | : | **(Magistrate Judge Carlson)** |
| **RANDALL BRITTON,** | : | |
| **Respondent** | : | |

## O R D E R

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT**:

1) The court adopts the report and recommendation of Magistrate Judge Carlson (Doc. 60).

2) The petition for writ of habeas corpus is **GRANTED**.

3) This matter is remanded to the Court of Common Pleas of Northumberland County, Pennsylvania for further proceedings consistent with the report and recommendation of the Magistrate Judge.

4) The Clerk of Court shall close the file.

s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge

Dated:  June 11, 2014.